FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZACHARY D. FEATHERSTONE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC NORTHWEST UNIVERSITY OF HEALTH SCIENCES,<br><br>Defendant. | No.  1:14-CV-03084-SMJ<br><br>**ORDER DENYING PENDING MOTIONS** |

Before the Court, are the Plaintiff's Motions to Exclude Anthony Errichetti's Report and Testimony, **ECF No. 82**, for Summary Judgment (Motion for Partial Summary Judgment), **ECF No. 90**, in Limine to Exclude Evidence of Interpreter Clarifications and Other Comments, **ECF No. 181**, in Limine to Exclude Evidence of Grades on Specific Assignments and Examinations**, ECF No. 182**, in Limine to Exclude Evidence Regarding Safety Concerns, **ECF No. 183,** in Limine to Exclude Evidence Regarding the Third and Fourth Years of Medical School, **ECF No. 184,** in Limine to Exclude Evidence or Argument Regarding Future Performance, **ECF No. 185,** in Limine to Exclude Evidence Re: PNWU's Process of Obtaining DVR Funding, **ECF No. 186,** in Limine to Exclude

ORDER **-** 1

Evidence or Argument Re: The Cost of Auxiliary Aids and Services, **ECF No. 187,** in Limine to Exclude Evidence or Argument Re: Academic Deference, **ECF No. 188,** in Limine to Exclude Evidence of PNWU's Technical Standards, **ECF 189**, in Limine to Exclude Evidence and Argument Re: Concerns That Are Moot, **ECF No. 190,** in Limine to Exclude Evidence of Committee Work During Deferral Year, **ECF No. 191,** in Limine to Exclude Evidence of Applications to Other Medical Schools**, ECF No. 192,** in Limine to Exclude "Expert" Testimony of Faculty Witnesses**, ECF No. 193**, in Limine to Exclude Evidence or Argument Beyond Rescission Letter Rationales**, ECF No. 194**, **and** Defendant's Motions to Exclude Opinion Testimony of Todd Agan, **ECF No. 85,** to Exclude Opinion Testimony of Robert Pollard, **ECF No. 86,** to Exclude Opinion Testimony of Christopher Moreland and Michael McKee, **ECF No. 87,** for Partial Summary Judgment, **ECF No. 133**, to Oppose Motion to Amend/Correct, **ECF No. 154**, and in Limine**, ECF No. 195.** Based on representations of all Counsel on May 2, 2016, and having reviewed the pleadings and the file in this matter, the Court is fully informed and **DENIES** these motions as moot with right to renew.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Plaintiff's Motions, **ECF Nos. 82, 90, 181, 182, 183, 184. 185, 186, 187, 188, 189, 190, 191, 192, 193, and 194** are **DENIED** with right to renew**.**

ORDER **-** 2

**2.** The Defendant's Motions, **ECF Nos. 85, 86, 87, 133, 154, and 195** are **DENIED** with right to renew.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 5th day of May 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge