FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZACHARY D. FEATHERSTONE,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC NORTHWEST UNIVERSITY OF HEALTH SCIENCES,<br><br>Defendant. | No.   1:14-CV-03084-SMJ<br><br>**ORDER DISMISSING CASE** |

On May 18, 2016, the parties filed a Stipulated Motion for Dismissal, ECF No. 199. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.** The parties' Stipulated Motion for Dismissal , **ECF No. 199**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

1    **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order

2    and provide copies to all counsel.

3    **DATED** this 25th day of May 2016.

4

   _____
5    SALVADOR MENDOZA, JR.
   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20